UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

NICQUAN BANNISTER, LONDELL SIMMS, ROBERT
JACKSON, CATHERINE JACKSON, RHONDA JACKSON,
VIVIAN FONTUS, and, TIARA JACKSON,

                                   Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                   Defendants.
---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 5886 (JG) (JMA)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

KATHERINE SMITH
*Attorney for Plaintiffs*
496 Henry Street, #159
Brooklyn, New York 11231
347-470-3707

Dated: 4/3/14

By: *Katherine Smith*
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-173A
New York, New York 10007

Dated: 4/11/14

By: *[signature]*
Alexandra Corsi
*Assistant Corporation Counsel*

THE QUINN LAW FIRM, PLLC
~~QUINN MELLEA & GIOFFRE, LLP~~
*Attorney for Defendant Arquer*
399 Knollwood Road, Suite 220
White Plains, New York 10603

Dated: 4-11-14

By: ~~Anthony DiFiore~~ *[signature]*
*Attorney for Defendant Arquer*

SO ORDERED:

Dated: Brooklyn, New York
_____, 2014

_____
HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE

2